JS - 6/ENTER

FILED
APR 15 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| BYRON L. SCOTT,<br><br>    Petitioner,<br><br>    v.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. EDCV 10-00492-R (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed.

Dated: __April 14, 2010_

_____
Manuel L. Real
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY